William C. Rooklidge (State Bar No. 134483)
wrooklidge@jonesday.com
Douglas S. Weinstein (pro hac vice)
dweinstein@jonesday.com
Michelle Stover (State Bar No. 272817)
mstover@jonesday.com
Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
***Attorneys for Plaintiff, Counter-Claim Defendant Wonderland Nurserygoods, Co. Ltd.***

**JS-6**

Additional attorneys listed on last page

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WONDERLAND NURSERYGOODS CO., LTD
Plaintiff,

v.

BABY TREND, INC., DENNY TSAI, and BETTY TSAI
Defendants.

BABY TREND, INC., DENNY TSAI, and BETTY TSAI
Counterclaimants,

v.

WONDERLAND NURSERYGOODS CO., LTD
Counterclaim Defendant.

Case No. CV12-4052 RSWL (JCGx)

**AGREED ENTRY OF FINAL JUDGMENT AND INJUNCTION AGAINST DEFENDANTS BABY TREND, INC., DENNY TSAI, AND BETTY TSAI IN FAVOR OF PLAINTIFF WONDERLAND NURSERYGOODS CO., LTD**

Judge: Ronald S.W. Lew

///

## AGREED ENTRY OF FINAL JUDGMENT AND INJUNCTION

Plaintiff/Counterclaim Defendant Wonderland Nurserygoods Co., Ltd ("Wonderland") and Defendants/Counterclaimants Baby Trend, Inc., ("Baby Trend"), Denny Tsai and Betty Tsai (collectively "the Tsais"), hereby resolve all claims and counterclaims by agreeing to entry of judgment in favor of Wonderland and against Baby Trend and the Tsais for infringement as set forth below, including entry of injunctive relief against Baby Trend and the Tsais.

This Agreed Judgment is based on the following facts:

1. On or about May 9, 2012, Wonderland commenced the above-captioned action by filing a complaint against Baby Trend for patent infringement of U.S. Pat. No. 7,625,043 (the "'043 patent").

2. On or about December 5, 2012, Wonderland added a claim for patent infringement of U.S. Pat. No. 7,600,775 (the "'775 patent") and added the Tsais as co-defendants.

3. On or about February 8, 2013, Baby Trend and the Tsais filed an Answer claiming non-infringement and filed counterclaims seeking a declaratory judgment for non-infringement of both asserted patents.

4. Pursuant to a settlement agreement between Wonderland, Baby Trend and the Tsais (collectively, the "Parties"), Baby Trend and the Tsais (collectively, the "Defendants") agree to judgment against them and in favor of Wonderland for infringement and in resolution of all claims and counterclaims in the above-captioned action as set forth below. By agreeing to this judgment and the settlement agreement, the Defendants do not admit liability in the above-captioned action or that Wonderland has suffered any damages. The Defendants agree to this judgment and the settlement agreement in view of the costs they will incur to litigate this matter going forward.

5. The Parties agree that this judgment is for infringement, but in no way implies a finding of willful or deliberate infringement.

6. The Parties agree to waive their rights to appeal the judgment.

7. The Parties agree that the United States District Court for the Central District of California shall retain jurisdiction to enforce this judgment, the injunction and any other disputes arising under or as a result of the aforementioned settlement agreement.

Based on the facts stated above, the Parties agree as follows:

A. That judgment shall be entered in favor of Wonderland on its infringement claims of the ’043 patent by the TrendZ Fast Back 3-in-1 Car Seat and of the ’775 patent by the EuroRide Stroller, and on Defendant’s counterclaims.

B. That Baby Trend and the Tsais are enjoined from the sale of Baby Trend’s:

(1) TrendZ Fast Back 3-in-1 Car Seat and any other products that are no more than colorably different therefrom and that clearly infringe U.S. Patent No. 7,625,043 until December 11, 2027 in the United States; and

(2) EuroRide Stroller and any other products that are no more than colorably different therefrom and that clearly infringe U.S. Patent No. 7,600,775 until October 30, 2027 in the United States.

C. This injunction does not apply to and has no effect on third parties, including downstream retailers and consumers selling, offering to sell, or using the Baby Trend TrendZ Fast Back 3-in-1 car seat and EuroRide stroller, limited to those products sold, offered for sale, transferred, imported, or otherwise disposed of by Baby Trend prior to the Effective Date of the Parties’ settlement agreement.

D. This injunction does not prevent Baby Trend from providing replacement parts for the Baby Trend TrendZ Fast Back 3-in-1 car seat and EuroRide stroller, but limited to replacement parts for those products sold, offered for sale, transferred, imported, or otherwise disposed of by Baby Trend prior to the Effective Date of the Parties’ settlement agreement.

E. The Defendants have withdrawn their defenses in this action without prejudice to allow the entry of the relief set forth herein, and those defenses were not adjudicated in this action. Other than the Baby Trend TrendZ Fast Back 3-in-1 car seat, EuroRide Stroller, and all other products that are no more than colorably different therefrom, and that clearly infringe either the ’043 patent until December 11, 2027 or the ’775 patent until October 30, 2027, this judgment shall not, in any future action, serve as the basis for claim preclusion, issue preclusion, or other disposition of Defendants’ non-infringement, invalidity, or unenforceability defenses to the ’043 or ’775 patents.

F. That the Parties waive, and hereby expressly waive, their right to appeal the judgment.

///

///

///

///

G. That the Parties shall bear their own costs and attorney fees.

H. This is not a money judgment, the parties having already separately settled and compromised their claims for damages.

SO STIPULATED.

DATED: May 20, 2014

FAEGRE BAKER DANIELS LLP

*/s/R. Trevor Carter*
R. Trevor Carter
Attorneys for Defendants, Counterclaimants, Baby Trend, Inc., Denny Tsai, and Betty Tsai

DATED: May 20, 2014

JONES DAY

*/s/William C. Rooklidge*
William C. Rooklidge
Attorneys for Plaintiff, Counterclaim Defendant Wonderland Nurserygoods Co., Ltd.

IT IS SO ORDERED this 21st day of May, 2014.

RONALD S.W. LEW

HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE

LIST OF ATTORNEYS CONTINUED

H. H. (Shashi) Kewalramani (Bar No. 262290)
shashi@ljpklaw.com
LEE, JORGENSEN, PYLE & KEWALRAMANI, PC
440 W. 1st St., Suite 205
Tustin, CA 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

R. Trevor Carter (admitted *Pro Hac Vice*)
Andrew M. McCoy (admitted *Pro Hac Vice*)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1750
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

Leslie Prill (Bar No. 281246)
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
Denver, CO 80203-4532
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

***Attorneys for Defendants, Counter-Claimants Baby Trend, Inc., Denny Tsai, and Betty Tsai***